BERNICE L. ARNOLD, Appellant, v. PARK V. ARNOLD, Respondent.— In an action to annul a marriage on the ground of fraud, judgment dismissing the com-

plaint unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.